IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CATHIE FAULKNER,                )
                                )
            Plaintiff,           )
                                )
      v.                         )    1:06CV00369
                                )
TYCO ELECTRONICS CORPORATION,   )
                                )
            Defendant.           )

## J U D G M E N T

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (docket no. 44) is granted and that this action be, and the same hereby is, dismissed.

                                              */s/ Russell A. Eliason*
                                         **United States Magistrate Judge**

March 27, 2008